IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| RONNIE JACKSON, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )    No. 2:13-cv-2588-STA-dkv |
| | ) |
| UNITED STATES, ET AL., | ) |
| | ) |
|     Respondents. | ) |

_____

ORDER OF DISMISSAL
_____

On July 30, 2013, Petitioner Ronnie Jackson, Bureau of Prisons registration number 25343-076, an inmate at the Obion County Jail in Union City, Tennessee filed a *pro se* petition pursuant to 28 U.S.C. § 2241. (Docket Entry 1.) However, Petitioner neglected to pay the fee required for filing of the habeas petition ($5.00) or submit a properly completed application to proceed *in forma pauperis* which includes a certification by the prison trust fund account officer and a copy of the inmate trust fund account statement for the last six months, as required by 28 U.S.C. § 1915(a)(2). The Court issued an order on August 1, 2013, directing petitioner to pay the $5.00 habeas filing fee within thirty (30) days. The order further provided that "[f]ailure to comply in a timely manner will result in dismissal of this action without further notice, pursuant to Fed.R.Civ.P. 41(b), for failure to prosecute (D.E. 2).

On September 3, 2013, Petitioner filed a letter "to inform the Court that the habeas corpus filed on 7-30-13 case no: 13-cv-2588 was not intended for the district court and was sent to it by error." Accordingly, the Court DISMISSES the petition without prejudice, pursuant to

Fed.R.Civ.P. 41(b), for failure to prosecute.

      IT IT SO ORDERED this 20th day of September, 2013.

                                        **s/ S. Thomas Anderson**
                                        S. THOMAS ANDERSON
                                        UNITED STATES DISTRICT JUDGE

Case 2:13-cv-02588-STA-dkv   Document 4   Filed 09/20/13   Page 2 of 2    PageID 28